THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JESSIE PUGH, Defendant-Appellee.—(THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* JESSIE PUGH, Defendant-Appellee.)

(Nos. 60438-51 cons.;

First District (3rd Division)—February 20, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.

Sam Adam, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAMMIE GARRETT, Defendant-Appellant.

(Nos. 55230, 58465;

First District (2nd Division)—February 25, 1975.